United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                          Case No. 16-14348-jkf
Howard C. Tyson, III                                           Chapter 7
Lizanne B. Tyson
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Lisa          Page 1 of 2          Date Rcvd: Jul 12, 2016
                           Form ID: 309A        Total Noticed: 19

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 14, 2016.
```
db/jdb        +Howard C. Tyson, III,   Lizanne B. Tyson,   429 West Pennsylvania Avenue,
               Downingtown, PA 19335-2548
tr            +MICHAEL H KALINER,   Michael H. Kaliner Trustee,   350 South Main Street,   Suite 105,
               Doylestown, PA 18901-4872
13745870       Citadel FCU,   40 N Bailey Road,   Thorndale, PA 19372-1026
13745874       Levin Luminais Chronister Eye,   300 CG Zinn Road,   Thorndale, PA 19372
13745876      +NCEP LLC,   P.O. Box 165028,   Irving, TX 75016-5028
13745878       Penn Medicine,   PO Box 824406,   Philadelphia, PA 19182-1177
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: claffylaw@gmail.com Jul 13 2016 02:00:18     JOSEPH F. CLAFFY,
               Joseph F. Claffy & Associates, P.C.,   26 South Church Street,   Suite 1 South,
               West Chester, PA  19382
smg            E-mail/Text: bankruptcy@phila.gov Jul 13 2016 02:00:39     City of Philadelphia,
               City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jul 13 2016 02:00:28
               Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jul 13 2016 02:00:35     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
ust           +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Jul 13 2016 02:00:31     United States Trustee,
               Office of the U.S. Trustee,   833 Chestnut Street,   Suite 500,   Philadelphia, PA 19107-4405
13745868      +E-mail/Text: banko@berkscredit.com Jul 13 2016 02:00:22     Berks Credit & Collection,
               P.O. Box 329,   Temple, PA 19560-0329
13745869      +EDI: HFC.COM Jul 13 2016 01:53:00     Best Buy,   POB 5253,   Carol Stream, IL 60197-5253
13749765      +EDI: AISACG.COM Jul 13 2016 01:53:00     Capital One Auto Finance, a division of Capital On,
               P.O. Box 201347,   Arlington, TX 76006-1347
13749765      +E-mail/PDF: ebnnotices@ascensioncapitalgroup.com Jul 13 2016 02:33:50
               Capital One Auto Finance, a division of Capital On,   P.O. Box 201347,
               Arlington, TX 76006-1347
13745871       EDI: CIAC.COM Jul 13 2016 01:53:00     CitiMortgage,   P.O. Box 9438,   Dept. 0251,
               Gaithersburg, MD 20898-9438
13745872      +EDI: IRS.COM Jul 13 2016 01:53:00     Internal Revenue Service,   Insolvency Unit,
               600 Arch Street,   Philadelphia, PA 19106-1611
13745873      +E-mail/Text: bk@investment-retrievers.com Jul 13 2016 02:00:32     Investment Retrievers Inc,
               4511 Golden Foothill Parkway,   Suite 3,   El Dorado Hills, CA 95762-9804
13745875      +EDI: LTDFINANCIAL.COM Jul 13 2016 01:53:00     LTD Financial,   7322 Southwest Fwy,
               Houston, TX 77074-2010
13745877      +E-mail/Text: bankruptcygroup@peco-energy.com Jul 13 2016 02:00:22     PECO,
               BANKRUPTCY DEPARTMENT,   2301 Market St.,   N3-1,   Philadelphia, PA 19103-1338
                                                                              TOTAL: 14
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 14, 2016                        Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0313-2          User: Lisa            Page 2 of 2            Date Rcvd: Jul 12, 2016
                             Form ID: 309A          Total Noticed: 19
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 12, 2016 at the address(es) listed below:

```
          JOSEPH F. CLAFFY    on behalf of Joint Debtor Lizanne B. Tyson claffylaw@gmail.com,
           claffylaw@aol.com
          JOSEPH F. CLAFFY    on behalf of Debtor Howard C. Tyson, III claffylaw@gmail.com,
           claffylaw@aol.com
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Ditech Financial, LLC bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MICHAEL H KALINER   mhkaliner@gmail.com,  pa35@ecfcbis.com
          United States Trustee   USTPRegion03.PH.ECF@usdoj.gov
                                                                              TOTAL: 5
```

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Howard C. Tyson III**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–9809**<br><br>EIN  _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | **Lizanne B. Tyson**<br>First Name    Middle Name    Last Name | Social Security number or ITIN    **xxx–xx–9852**<br><br>EIN  _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    **Eastern District of Pennsylvania** | | Date case filed for chapter  7   **6/16/16** |
| Case number:    **16–14348–jkf** | | |

## Official Form 309A (For Individuals or Joint Debtors)
## Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline          12/15
### **Debtor's Photo ID & Social Security Card Must Be Presented at 341 Hearing**

For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.

This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | | About Debtor 2: |
|---|---|---|---|---|
| 1. | **Debtor's full name** | Howard C. Tyson III | | Lizanne B. Tyson |
| 2. | **All other names used in the last 8 years** | | | |
| 3. | **Address** | 429 West Pennsylvania Avenue<br>Downingtown, PA 19335 | | 429 West Pennsylvania Avenue<br>Downingtown, PA 19335 |
| 4. | **Debtor's attorney**<br>Name and address | JOSEPH F. CLAFFY<br>Joseph F. Claffy & Associates, P.C.<br>26 South Church Street<br>Suite 1 South<br>West Chester, PA 19382 | | Contact phone (610) 429–0900<br>Email:  claffylaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | MICHAEL H KALINER<br>Michael H. Kaliner Trustee<br>350 South Main Street<br>Suite 105<br>Doylestown, PA 18901 | | Contact phone 215–230–4250<br>Email:  mhkaliner@gmail.com |

For more information, see page 2 >

Case 16-14348-jkf   Doc 14   Filed 07/14/16   Entered 07/15/16 01:21:04   Desc Imaged
Certificate of Notice   Page 4 of 4
Debtor  **Howard C. Tyson III**  and  **Lizanne B. Tyson**                              Case number **16–14348–jkf**

| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Office Hours:  Philadelphia Office –– 8:30 A.M. to 5:00 P.M Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 7/12/16 |

| 7. | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **August 5, 2016 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**601 Westtown Road, Room 380, West Chester, PA 19380** |

| 8. | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |

| 9. | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br><br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 10/4/16** |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |

| 10. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. |

| 11. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |

| 12. | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. |