United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Howard C. Tyson, III  
Lizanne B. Tyson  
    Debtors

Case No. 16-14348-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: Oct 12, 2016  
                     Form ID: 211    Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 14, 2016.  
db/jdb        +Howard C. Tyson, III,    Lizanne B. Tyson,    429 West Pennsylvania Avenue,  
               Downingtown, PA 19335-2548  
cr           +NCEP, LLC,    PO Box 165028,    Irving, TX 75016-5028

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
cr           +E-mail/PDF: acg.acg.ebn@americaninfosource.com Oct 13 2016 02:10:44  
             Capital One Auto Finance,    P.O. Box 201347,    Arlington, TX 76006-1347  
                                                                                                                      TOTAL: 1

          ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 14, 2016                                                   Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 12, 2016 at the address(es) listed below:  
        JOSEPH F. CLAFFY    on behalf of Debtor Howard C. Tyson, III claffylaw@gmail.com, claffylaw@aol.com  
        JOSEPH F. CLAFFY    on behalf of Joint Debtor Lizanne B. Tyson claffylaw@gmail.com, claffylaw@aol.com  
        JOSHUA ISAAC GOLDMAN    on behalf of Creditor    Ditech Financial, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
        MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com  
        MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com  
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
                                                                                                                        TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

___

In Re:                                                                      Chapter: 7

    Howard C. Tyson, III and Lizanne B. Tyson

Debtor(s)                                                   Case No: 16−14348−jkf

___

### *ORDER*

AND NOW, 10/12/16 , the debtor having failed to file either a statement regarding completion of a course in personal financial management, see 11 U.S.C. § 727(a)(11); see also Bankruptcy Rule 4004, or a request for a waiver from this requirement. 11 U.S.C. § 109(h)(4),

And the statement regarding personal financial management was due, *see* Bankruptcy Rule 1007(c),

Accordingly, it is hereby ORDERED that the debtor shall have until 10/26/16 to file a statement regarding completion of an instructional course concerning personal financial management or a request for a waiver from such requirement. If the debtor fails to do so, then this case may be closed, without further notice or hearing, and without the debtor receiving his/her chapter 7 discharge. See Advisory Committee Note to Fed. R. Bankr. P. 4004.

                                                                                     For The Court

                                                                                     Jean K. FitzSimon

                                                                                     Judge ,United States Bankruptcy Court