Certificate Number: 03621-PAE-DE-028151898

Bankruptcy Case Number: 16-14348



03621-PAE-DE-028151898

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>October 3, 2016</u>, at <u>2:15</u> o'clock <u>PM EDT</u>, <u>Howard C Tyson</u> completed a course on personal financial management given <u>by internet</u> by <u>Credit Card Management Services, Inc. d/b/a Debthelper.com</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>October 3, 2016</u>     By:     <u>/s/Traci Salas</u>

Name:   <u>Traci Salas</u>

Title:   <u>Credit Counselor</u>