United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Howard C. Tyson, III  
Lizanne B. Tyson  
      Debtors

Case No. 16-14348-jkf  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0313-2      User: Virginia      Page 1 of 1      Date Rcvd: Nov 04, 2016  
                            Form ID: 195      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 06, 2016.  
db/jdb      +Howard C. Tyson, III,   Lizanne B. Tyson,   429 West Pennsylvania Avenue,   Downingtown, PA 19335-2548

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 4, 2016 at the address(es) listed below:  
      JOSEPH F. CLAFFY   on behalf of Joint Debtor Lizanne B. Tyson claffylaw@gmail.com, claffylaw@aol.com  
      JOSEPH F. CLAFFY   on behalf of Debtor Howard C. Tyson, III claffylaw@gmail.com, claffylaw@aol.com  
      JOSHUA ISAAC GOLDMAN   on behalf of Creditor   Ditech Financial, LLC bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com  
      MICHAEL H KALINER   mhkaliner@gmail.com, pa35@ecfcbis.com  
      MICHAEL H KALINER   on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com  
      United States Trustee   USTPRegion03.PH.ECF@usdoj.gov  
      TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In re: : Chapter 7

Howard C. Tyson, III and Lizanne B. Tyson : Case No. 16–14348–jkf
    Debtor(s)

### *ORDER*
_____

    AND NOW, this day , November 4, 2016 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

    ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

By The Court

Jean K. FitzSimon
Judge , United States Bankruptcy Court

23
Form 195