United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 16-14348-jkf
Howard C. Tyson, III                                            Chapter 7
Lizanne B. Tyson
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: admin              Page 1 of 2              Date Rcvd: Nov 04, 2016
                              Form ID: 318             Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 06, 2016.
```
db/jdb         +Howard C. Tyson, III,    Lizanne B. Tyson,    429 West Pennsylvania Avenue,
                 Downingtown, PA 19335-2548
13745874        Levin Luminais Chronister Eye,    300 CG Zinn Road,    Thorndale, PA 19372
13745876       +NCEP LLC,    P.O. Box 165028,    Irving, TX 75016-5028
13745878        Penn Medicine,    PO Box 824406,    Philadelphia, PA 19182-1177
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: bankruptcy@phila.gov Nov 05 2016 01:57:48      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 05 2016 01:57:04
                 Pennsylvania Department of Revenue,    Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 05 2016 01:57:34      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13745868       +E-mail/Text: banko@berkscredit.com Nov 05 2016 01:56:44      Berks Credit & Collection,
                 P.O. Box 329,    Temple, PA 19560-0329
13745869       +EDI: HFC.COM Nov 05 2016 01:38:00      Best Buy,   POB 5253,    Carol Stream, IL 60197-5253
13749765       +EDI: AISACG.COM Nov 05 2016 01:38:00      Capital One Auto Finance, a division of Capital On,
                 P.O. Box 201347,    Arlington, TX 76006-1347
13749765       +E-mail/PDF: acg.acg.ebn@americaninfosource.com Nov 05 2016 02:00:01
                 Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13745870        E-mail/Text: bankruptcycollections@citadelbanking.com Nov 05 2016 01:57:59      Citadel FCU,
                 40 N Bailey Road,    Thorndale, PA 19372-1026
13745871        EDI: CIAC.COM Nov 05 2016 01:38:00      CitiMortgage,    P.O. Box 9438,   Dept. 0251,
                 Gaithersburg, MD 20898-9438
13745872       +EDI: IRS.COM Nov 05 2016 01:38:00      Internal Revenue Service,    Insolvency Unit,
                 600 Arch Street,    Philadelphia, PA 19106-1611
13745873       +E-mail/Text: bk@investment-retrievers.com Nov 05 2016 01:57:21      Investment Retrievers Inc,
                 4511 Golden Foothill Parkway,    Suite 3,   El Dorado Hills, CA 95762-9804
13745875       +EDI: LTDFINANCIAL.COM Nov 05 2016 01:38:00      LTD Financial,    7322 Southwest Fwy,
                 Houston, TX 77074-2010
13745877       +E-mail/Text: bankruptcygroup@peco-energy.com Nov 05 2016 01:56:45      PECO,
                 BANKRUPTCY DEPARTMENT,    2301 Market St.,   N3-1,    Philadelphia, PA 19103-1338
                                                                                              TOTAL: 13

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13760911*      +Capital One Auto Finance, a division of Capital On,    P.O. Box 201347,
                 Arlington, TX 76006-1347
13804433*      +NCEP, LLC,    PO Box 165028,    Irving, TX 75016-5028
                                                                                 TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 06, 2016                               Signature:  /s/Joseph Speetjens

___

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 3, 2016 at the address(es) listed below:
```
              JOSEPH F. CLAFFY    on behalf of Joint Debtor Lizanne B. Tyson claffylaw@gmail.com,
               claffylaw@aol.com
              JOSEPH F. CLAFFY    on behalf of Debtor Howard C. Tyson, III claffylaw@gmail.com,
               claffylaw@aol.com
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor   Ditech Financial, LLC bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
```

```
District/off: 0313-2          User: admin                 Page 2 of 2              Date Rcvd: Nov 04, 2016
                              Form ID: 318                Total Noticed: 16
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        MICHAEL H KALINER    mhkaliner@gmail.com, pa35@ecfcbis.com
        MICHAEL H KALINER    on behalf of Trustee MICHAEL H KALINER mhkaliner@gmail.com, pa35@ecfcbis.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        TOTAL: 6

**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Howard C. Tyson III** | Social Security number or ITIN | **xxx−xx−9809** |
| | First Name  Middle Name  Last Name | EIN | _ _ − _ _ _ _ _ _ _ |
| Debtor 2 | **Lizanne B. Tyson** | Social Security number or ITIN | **xxx−xx−9852** |
| (Spouse, if filing) | First Name  Middle Name  Last Name | EIN | _ _ − _ _ _ _ _ _ _ |

United States Bankruptcy Court  **Eastern District of Pennsylvania**

Case number:  **16−14348−jkf**

# Order of Discharge                                                                                                      12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Howard C. Tyson III                                Lizanne B. Tyson

<u>11/3/16</u>                                **By the court:**  <u>Jean K. FitzSimon</u>
                                                                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                                **Order of Discharge**                                page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

Official Form 318    **Order of Discharge**    page 2